

**FILED**

08/10/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 06-0544

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### PR 06-0544

_____

IN RE PETITION OF DAVID J. LOCKHART FOR
REINSTATEMENT TO ACTIVE STATUS IN THE
BAR OF MONTANA

O R D E R

FILED

AUG 10 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

_____

David J. Lockhart has petitioned the Court for reinstatement to active status in the State Bar of Montana. Lockhart was placed on inactive status on July 12, 2021, for failing to comply with the Rules for Continuing Legal Education for the reporting year ending March 31, 2021. Lockhart has provided a letter from the State Bar certifying that Lockhart has now completed all CLE requirements for that reporting year, in accordance with Rule 13 of the CLE Rules. The Petition states that Lockhart is not currently subject to disciplinary proceedings and has not committed any acts or omissions sanctionable under the Rules of Professional Conduct while on inactive status. Good cause appearing,

IT IS HEREBY ORDERED that the petition of David J. Lockhart for reinstatement to active status in the State Bar of Montana is GRANTED. Upon payment of any remaining dues, fees, and the state license tax to the State Bar of Montana, Lockhart shall be reinstated.

The Clerk is directed to provide copies of this order to the Petitioner and the State Bar of Montana.

DATED this 10ᵗʰ day of August, 2021.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices

2